**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JERRELL JHERON MCGOWN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1135** |
| **JEFFERSON PARISH SHERIFF'S OFFICE, ET AL.** | **SECTION "H"(4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that plaintiff Jerrell Jheron McGown's 42 U.S.C. § 1983 claims against defendants Jefferson Parish Sheriff's Office, Sheriff Joseph P. Lopinto, Jefferson Parish Correctional Center, Ochsner Health, E.M.S. technician Jamie Eschette, and E.M.S. technician Christopher Sattler are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A, and 42 U.S.C. § 1997e as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that McGown's state law claims against defendant Jefferson Parish Correctional Center are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over these claims.

**IT IS FURTHER ORDERED** that, pursuant to *Wallace v. Kato*, 549 U.S. 384 (2007), McGown's § 1983 claims for excessive force during his arrest on June 19, 2024, against defendants Officer Jerry Ard, Officer Latasha Green, and Officer Hector Acosta are **STAYED**.   The Clerk of Court is directed to statistically close the stayed portion of the case for administrative purposes.   Further, it is ordered that, within 60 days of finality of McGown's conviction or upon disposition of the state criminal charges in his favor, either party may move to reopen the matter for further proceedings consistent with *Heck v. Humphrey*, 512 U.S. 477 (1994).

New Orleans, Louisiana, this 23rd day of April, 2026.

_____
**UNITED STATES DISTRICT JUDGE**

2